UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | ORDER ACCEPTING |
| | | PLEA ALLOCUTION |
| -v.- | : | |
| KONSTANTIN POLTEV, | : | S2 11 Cr. 878 (LAK) |
|         Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a Magistrate Judge on March 6, 2015;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty pleas knowingly and voluntarily and that there is a factual basis for the guilty pleas,

IT IS HEREBY ORDERED that the defendant's guilty pleas are accepted.

SO ORDERED.

DATED:    New York, New York
           April ___**13**___, 2015

                           HONORABLE LEWIS A. KAPLAN
                           UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/13/15